THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) and THE PAUL REVERE LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN S. MAY, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>Defendants. | Case No.: C09-01537 VRW (ADR)<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |

The parties, plaintiff Sean S. May, M.D. and defendants Unum Group (formerly known as UnumProvident Corporation), and The Paul Revere Life Insurance Company are in the process of discussing settlement, which may include setting an early mediation within the next 90 days. Accordingly, the parties, through their respective attorneys, respectfully request that the court approve this stipulation and extend defendants' responsive pleading deadline and the initial case management conference by 90 days.

Pursuant to Northern District Local Rule 6-1(a), the parties, hereby stipulate that defendants shall have an extension to respond to the complaint from July 7, 2009 to and including **October 7, 2009**.

The parties further stipulate to continue the Case Management Conference presently scheduled for August 6, 2009 to **November 5, 2009**.

Good cause exists for the parties' stipulation and proposed order insofar the continued dates will promote the public policy of encouraging parties to explore early resolution of litigation.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June 30, 2009

By__________/s/__________________
Thomas E. Fraysse
Attorney for Plaintiff
SEAN S. MAY, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June 30, 2009

By__________/s/____________________
Thomas M. Herlihy
John T. Burnite
Attorney for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) and THE PAUL REVERE LIFE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants shall have an extension to respond to the complaint from July 7, 2009 to and including **October 7, 2009**. It is further ordered that the Case Management Conference is continued from August 6, 2009 to **November 5, 2009**.

Date: ~~June ___, 2009~~
7/6/2009




VAUGHN R. WALKER
United States District Chief Judge