THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
        john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION) and
THE PAUL REVERE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D.<br><br>        Plaintiff,<br><br>        vs.<br><br>UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>        Defendants. | Case No.: C09-01537 VRW (ADR)<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties, plaintiff Sean S. May, M.D. and defendants Unum Group (formerly known as UnumProvident Corporation), and The Paul Revere Life Insurance Company are in the process of discussing settlement, which may include setting an early mediation within the next 45 days. Accordingly, the parties, through their respective attorneys, respectfully request that the court approve this stipulation and extend defendants' responsive pleading deadline and the initial case management conference by 45 days.

Pursuant to Northern District Local Rule 6-1(a), the parties, hereby stipulate that defendants shall have an extension to respond to the complaint from October 7, 2009 to and including **November 23, 2009**.

The parties further stipulate to continue the Case Management Conference presently scheduled for November 5, 2009 to **December 21, 2009**.

Good cause exists for the parties' stipulation and proposed order insofar the continued dates will promote the public policy of encouraging parties to explore early resolution of litigation.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: October 2, 2009          By_____/s/_____
                                          Thomas E. Fraysse
                                          Attorney for Plaintiff
                                          SEAN S. MAY, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: October 2, 2009          By_____/s/_____
                                          Thomas M. Herlihy
                                          John T. Burnite
                                          Attorney for Defendants
                                  UNUM GROUP (formerly known as
                                  UNUMPROVIDENT CORPORATION) and THE PAUL
                                  REVERE LIFE INSURANCE COMPANY

1

2

3 **ORDER**

4      IT IS SO ORDERED that defendants shall have an extension to respond to the complaint

5 from October 7, 2009 to and including **November 23, 2009**.  It is further ordered that the Case

6 Management Conference is continued from November 5, 2009 to ~~December 21, 2009.~~

7 December 17, 2009 at 3:30 PM.

8 Date: October __6__, 2009

                        VAUGHN R. WALKER

9                         United States District Chief J

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

Case No.:  C09-01537VRW  (ADR0

479642.1