THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION) and
THE PAUL REVERE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D. | Case No.: C09-01537 VRW (ADR) |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendants. | |

The parties, plaintiff Sean S. May, M.D. and defendants Unum Group (formerly known as UnumProvident Corporation), and The Paul Revere Life Insurance Company are in the process of discussing settlement, which may include setting an early mediation within the next 60 days. Accordingly, the parties, through their respective attorneys, respectfully request that the court approve this stipulation and extend defendants' responsive pleading deadline and the initial case management conference by 60 days.

Pursuant to Northern District Local Rule 6-1(a), the parties, hereby stipulate that defendants shall have an extension to respond to the complaint from November 23, 2009 to and including **January 22, 2010**.

The parties further stipulate to continue the Case Management Conference presently scheduled for December 17, 2009 to **February 11, 2010**.

Good cause exists for the parties' stipulation and proposed order insofar the continued dates will promote the public policy of encouraging parties to explore early resolution of litigation.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: November 19, 2009          By_____/s/_____
                                     Thomas E. Fraysse
                                     Attorney for Plaintiff
                                     SEAN S. MAY, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: November 19, 2009          By_____/s/_____
                                     Thomas M. Herlihy
                                     John T. Burnite
                                     Attorney for Defendants
                                     UNUM GROUP (formerly known as
                                     UNUMPROVIDENT CORPORATION) and THE
                                     PAUL REVERE LIFE INSURANCE COMPANY

-1-

## ORDER

IT IS SO ORDERED that defendants shall have an extension to respond to the complaint from November 23, 2009 to and including **January 22, 2010**. It is further ordered that the Case Management Conference is continued from December 17, 2009 to **February 11, 2010**.

Date: November 24, 2009

_____
VAUGHN R. WALKER
United States District Chief Judge

