| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223) |
|   | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105-2725 |
| 4 | Tel.: (415) 433-0990 |
| 5 | Fax: (415) 434-1370 |
|   | Email: herlihy@wilsonelser.com |
| 6 | john.burnite@wilsonelser.com |
| 7 | |
|   | Attorneys for Defendants |
| 8 | UNUM GROUP (formerly known as |
|   | UNUMPROVIDENT CORPORATION) and |
| 9 | THE PAUL REVERE LIFE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SEAN S. MAY, M.D. | ) | Case No.: C09-01537 VRW (ADR) |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | ) | ~~[PROPOSED]~~ **ORDER** |
| Defendants. | ) | |

---

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

507888.1

1  The parties, plaintiff Sean S. May, M.D. and defendants Unum Group (formerly known
2  as UnumProvident Corporation), and The Paul Revere Life Insurance Company are in the
3  process of discussing settlement, which may include setting an early mediation within the next
4  45 days.  Accordingly, the parties, through their respective attorneys, respectfully request that the
5  court approve this stipulation and extend defendants' responsive pleading deadline and the initial
6  case management conference by 45 days.

7  Pursuant to Northern District Local Rule 6-1(a), the parties, hereby stipulate that
8  defendants shall have an extension to respond to the complaint from January 22, 2010 to and
9  including **March 8, 2010**.

10  The parties further stipulate to continue the Case Management Conference presently
11  scheduled for February 11, 2010 to ~~March 28, 2010~~.  APRIL 22, 2010 at 3:30 PM.

12  Good cause exists for the parties' stipulation and proposed order insofar the continued
13  dates will promote the public policy of encouraging parties to explore early resolution of
14  litigation.

15
16  **IT IS SO STIPULATED.**

17                                          KNOX RICKSEN, LLP
18
19  Dated: January 22, 2010         By_____/s/_____
20                                          Thomas E. Fraysse
                                            Attorney for Plaintiff
21                                          SEAN S. MAY, M.D.

22                                          WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                            DICKER LLP
23
24
25  Dated: January 22, 2010         By_____/s/_____
                                            Thomas M. Herlihy
                                            John T. Burnite
26                                          Attorney for Defendants
27                                          UNUM GROUP (formerly known as
                                            UNUMPROVIDENT CORPORATION) and THE
28                                          PAUL REVERE LIFE INSURANCE COMPANY

-1-

Case3:09-cv-01537-VRW   Document13   Filed01/22/10   Page3 of 3

## ORDER

IT IS SO ORDERED that defendants shall have an extension to respond to the complaint from January 22, 2010 to and including **March 8, 2010**.  It is further ordered that the Case Management Conference is continued from February 11, 2010 to ~~March 28, 2010.~~ APRIL 22, 2010 at 3:30 PM.

Date: January __26__, 2009



_____
VAUGHN R WALKER
United States District Chief Judge

-2-
STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:   C09-01537VRW  (ADR0

507888.1