1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (formerly known as
   UNUMPROVIDENT CORPORATION) and
9  THE PAUL REVERE LIFE INSURANCE COMPANY

10

11                      **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13

14  SEAN S. MAY, M.D.                          )  Case No.:  C09-01537 VRW (ADR)
                                               )
15             Plaintiff,                      )
                                               )
16         vs.                                 )  **STIPULATION TO EXTEND**
                                               )  **RESPONSIVE PLEADING DEADLINE**
                                               )  **AND TO CONTINUE CASE**
17  UNUMPROVIDENT CORPORATION, THE             )  **MANAGEMENT CONFERENCE;**
    PAUL REVERE LIFE INSURANCE                 )  **[PROPOSED] ORDER**
18  COMPANY and UNUM GROUP, inclusive,         )
                                               )
19             Defendants.                     )
                                               )
20  _____)

21

22

23

24

25

26

27

28

The parties, plaintiff Sean S. May, M.D. and defendants Unum Group (formerly known as UnumProvident Corporation), and The Paul Revere Life Insurance Company are in the process of discussing settlement, which may include setting an early mediation. Accordingly, the parties, through their respective attorneys, respectfully request that the court approve this stipulation and extend defendants' responsive pleading deadline and the initial case management conference.

Pursuant to Northern District Local Rule 6-1(a), the parties, hereby stipulate that defendants shall have an extension to respond to the complaint from March 8, 2010 to May 10, 2010. In the alternative, if the CMC date is not continued, the parties stipulate that defendants' responsive pleading shall be extended from March 8, 2010 to March 29, 2010.

The parties further stipulate to continue the Case Management Conference presently scheduled for April 22, 2010 to June 24, 2010.

Good cause exists for the parties' stipulation and proposed order insofar the continued dates will promote the public policy of encouraging parties to explore early resolution of litigation.

**IT IS SO STIPULATED.**


KNOX RICKSEN, LLP


Dated: March 8, 2010            By_____/s/_____
                                        Thomas E. Fraysse
                                        Attorney for Plaintiff
                                        SEAN S. MAY, M.D.

                                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                DICKER LLP


Dated: March 8, 2010            By_____/s/_____
                                        Thomas M. Herlihy
                                        John T. Burnite
                                        Attorney for Defendants
                                         UNUM GROUP (formerly known as
                                         UNUMPROVIDENT CORPORATION) and THE
                                         PAUL REVERE LIFE INSURANCE COMPANY

-1-

1

## ORDER

2    IT IS SO ORDERED that defendants shall have an extension to respond to the complaint

3 from March 8, 2010 to and including [March 29, 1010 or May 10, 2010].  It is further ordered

4 that the Case Management Conference is continued from April 22, 2010 to June 24, 2010.

5

6 Date: March __10__, 2010                    _____



7                                              VAUGHN R. WALKER
                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

Case No.:  C09-01537VRW  (ADR0

521662.1