1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370
Email:  herlihy@wilsonelser.com
        john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION) and
THE PAUL REVERE LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SEAN S. MAY, M.D. | ) | Case No.:  C09-01537 VRW (ADR) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | ) | |
| UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | ) | |
| Defendants. | ) | |

1   The parties, plaintiff Sean S. May, M.D. and defendants Unum Group (formerly known

2   as UnumProvident Corporation), and The Paul Revere Life Insurance Company are in the

3   process of discussing settlement, which may include setting an early mediation.  Accordingly,

4   the parties, through their respective attorneys, respectfully request that the court approve this

5   stipulation and extend defendants' responsive pleading deadline and the initial case management

6   conference.

7   Pursuant to Northern District Local Rule 6-1(a), the parties, hereby stipulate that

8   defendants shall have an extension to respond to the complaint from May 10, 2010 to June 14,

9   2010.

10   The parties further stipulate to continue the Case Management Conference presently

11   scheduled for June 24, 2010 be continued to ~~July 29, 2010~~.  August 5, 2010.

12   Good cause exists for the parties' stipulation and proposed order insofar the continued

13   dates will promote the public policy of encouraging parties to explore early resolution of

14   litigation.

15   **IT IS SO STIPULATED.**

16

17   KNOX RICKSEN, LLP

18

19   Dated: May 10, 2010          By_____/s/_____

20   Thomas E. Fraysse
    Attorney for Plaintiff

21   SEAN S. MAY, M.D.

22   WILSON, ELSER, MOSKOWITZ, EDELMAN &
    DICKER LLP

23

24   Dated: May 10, 2010          By_____/s/_____

25   Thomas M. Herlihy
    John T. Burnite

26   Attorney for Defendants

27   UNUM GROUP (formerly known as
    UNUMPROVIDENT CORPORATION) and THE

28   PAUL REVERE LIFE INSURANCE COMPANY

-1-

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

Case No.:  C09-01537VRW  (ADR0

541155.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED that defendants shall have an extension to respond to the complaint from May 10 to June 14, 2010.  It is further ordered that the Case Management Conference is continued from June 24, 2010 to ~~July 29, 2010~~.  August 5, 2010 at 3:30 PM.

Date: May _ 12 , 2010



_____
VAUGHN R. WALKER
United States ~~District~~ Judge

-2-

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

Case No.:  C09-01537VRW  (ADR0

541155.1