```
 1  THOMAS M. HERLIHY (SBN 83615)
 2  JOHN T. BURNITE (SBN 162223)
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
 4  Tel.: (415) 433-0990
 5  Fax: (415) 434-1370
    Email: herlihy@wilsonelser.com
 6         john.burnite@wilsonelser.com

 7  Attorneys for Defendants
 8  UNUM GROUP (formerly known as
    UNUMPROVIDENT CORPORATION) and
 9  THE PAUL REVERE LIFE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>    Defendants. | Case No.: C09-01537 VRW (ADR)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |

Plaintiff Sean S. May, M.D., and Defendants Unum Group (formerly known as UnumProvident Corporation), and The Paul Revere Life Insurance Company, through their respective counsel of record, hereby stipulate that the Court may continue the hearing date (and all attendant deadlines) on Defendants' Motion to Dismiss for two weeks. Plaintiff's opposition already has been filed, but the parties have not previously stipulated to continue the hearing date. The hearing date was not specially set by the Court.

---

1   Pursuant to Northern District Local Rule 6-1(a), the parties, hereby respectfully request
2   that the Court continue the hearing date on Defendants' Motion to Dismiss from September 2,
3   2010, to September 16, 2010.
4   Good cause exists for this request due to the unexpected unavailability of persons
5   involved in handling the matter on behalf of defendants. A two week continuance of the hearing
6   date will allow defendants the additional time necessary to prepare their reply brief.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 17, 2010        By_____/s/_____
                              Thomas E. Fraysse
                              Attorney for Plaintiff
                              SEAN S. MAY, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: August 17, 2010        By_____/s/_____
                              Thomas M. Herlihy
                              John T. Burnite
                              Attorney for Defendants UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) and THE PAUL REVERE LIFE INSURANCE COMPANY

### ORDER

IT IS SO ORDERED that Defendants' Motion to Dismiss shall be continued from September 2, 2010, to September 16, 2010, and that all attendant dates are continued accordingly.

Date: August 19, 2010

THE HONORABLE VAUGHN R. WALKER
United States Chief Judge

*Judge Vaughn R Walker*

-1-
STIPULATION TO CONTINUE MOTION TO DISMISS HEARING DATE; [PROPOSED] ORDER
Case No.: C09-01537VRW (ADR)

573769.1