IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D., | |
|     Plaintiff, | No. C 09-01537 JSW |
| v. | |
| UNUMPROVIDENT CORPORATION, UNUM GROUP, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
|     Defendants. | |

This matter is set for a hearing on April 15, 2011 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 8, 2011 and a reply brief shall be filed by no later than March 15, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 22, 2011

                                                              JEFFREY S. WHITE  
                                                             UNITED STATES DISTRICT JUDGE