THOMAS E. FRAYSSE/State Bar No. 104436
REID M. MILLER/State Bar No. 255538
KNOX RICKSEN LLP
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
SEAN S. MAY, M.D.

THOMAS M. HERLIHY/State Bar No. 83615
JOHN T. BURNITE/State Bar No. 162223
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, UNUM GROUP, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, inclusive,<br><br>Defendants. | Case No. C09-01537 JSW (ADR)<br><br>**STIPULATION TO CONTINUE ADR DEADLINE**<br>**AND ORDER THEREON**<br><br>Trial Date: July 30, 2012<br>The Honorable Jeffrey S. White |

Plaintiff SEAN S. MAY, M.D. ("Dr. May" or "Plaintiff") and Defendants UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY (collectively hereinafter "Defendants," and together with Plaintiff, the "Parties") hereby stipulate to continue the ADR deadline, presently set for September 6, 2011, to November 14, 2011. At the prior Case Management Conference in this matter the parties agreed to a September 6, 2011 deadline to complete private ADR. However, due to scheduling conflicts

with the parties and the mediator, the earliest feasible date to conduct the mediation is November 4, 2011. The parties are presently scheduled to mediate this matter on that date. Thus, the parties require additional time to complete the mediation.

**IT IS SO STIPULATED.**

Dated: September 6, 2011     **KNOX RICKSEN LLP**


By: /s/ Thomas E. Fraysse
Thomas E. Fraysse
Attorneys for Plaintiff
SEAN S. MAY, M.D.

Dated: September 6, 2011     **WILSON, ELSER, MOSKOWITZ, EDLMAN**


By: /s/ Thomas M. Herlihy
Thomas M. Herlihy
Attorneys for Defendants
UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

### ORDER

**IT IS SO ORDERED** that the ADR deadline be continued to November 14, 2011.

Date: September  6 , 2011     _____
Hon. Jeffrey S. White