1  THOMAS E. FRAYSSE/State Bar No. 104436
   REID M. MILLER/State Bar No. 255538
2  KNOX RICKSEN LLP
   1300 Clay Street, Suite 500
3  Oakland, California 94612-1427
   Telephone: (510) 285-2500
4  Facsimile: (510) 285-2505

5  Attorneys for Plaintiff
   SEAN S. MAY, M.D.
6
   THOMAS M. HERLIHY/State Bar No. 83615
7  JOHN T. BURNITE/State Bar No. 162223
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
9  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
10
   Attorneys for Defendants
11 UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT
   LIFE AND ACCIDENT INSURANCE COMPANY
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15 SEAN S. MAY, M.D.                    Case No. C09-01537 JSW (ADR)

16         Plaintiff,                   **STIPULATION TO CONTINUE
                                        ADR DEADLINE**
17 vs.

18 UNUMPROVIDENT CORPORATION,
   UNUM GROUP, and PROVIDENT LIFE
19 AND ACCIDENT INSURANCE
   COMPANY, inclusive,
20
           Defendants.
21                                      Trial Date:  July 30, 2012
   _____/ The Honorable Jeffrey S. White
22

23         Plaintiff SEAN S. MAY, M.D. ("Dr. May" or "Plaintiff") and Defendants UNUM GROUP

24 (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT

25 INSURANCE COMPANY (collectively hereinafter "Defendants," and together with Plaintiff, the

26 "Parties") hereby stipulate to continue the ADR deadline, presently set for November 14, 2011, to

27 December 23, 2011. At the prior Case Management Conference in this matter the parties agreed to

28
                                        - 1 -
                        STIPULATION TO CONTINUE ADR DEADLINE

744985.1

a September 6, 2011 deadline to complete private ADR. However, due to scheduling conflicts with the parties and the mediator, the earliest feasible date to conduct the mediation was November 4, 2011, and upon scheduling the mediation, the parties obtained an extension to complete ADR until November 14, 2011.

A further significant scheduling conflict has occurred, necessitating a continuance of the mediation to December 16, 2011. The parties are presently scheduled to mediate this matter on that date. Thus, the parties require, and respectfully request, additional time to complete the mediation.

**IT IS SO STIPULATED.**

Dated: September 14, 2011            **KNOX RICKSEN LLP**


By:  /s/ Thomas E. Fraysse
Thomas E. Fraysse
Attorneys for Plaintiff
SEAN S. MAY, M.D.


Dated: September 14, 2011            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


By:  /s/ Thomas M. Herlihy
Thomas M. Herlihy
Attorneys for Defendants
UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED** that the ADR deadline be continued to December 23, 2011.

Date: September __15__, 2011            _____
                                         UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION TO CONTINUE ADR DEADLINE

744985.1