Thomas E. Fraysse SBN 104436
Reid M. Miller SBN 255538
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
SEAN S. MAY, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D. | Case No. C09-01537 JSW (ADR) |
| Plaintiff, | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| UNUMPROVIDENT CORPORATION, UNUM GROUP, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, inclusive, | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that, given Plaintiff's Notice of Settlement of the entire action, the Case Management Conference, currently set for March 9, 2012, is vacated and continued to April 20, 2012 at 1:30 p.m. ~~a.m.~~, to allow the parties to complete the settlement.

Dated:   February 24, 2012

_____
JUDGE OF THE NORTHERN DISTRICT COURT