Thomas E. Fraysse, Esq. (SBN 104436)
Reid M. Mille, Esq. (SBN 255538)
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
SEAN S. MAY, M.D.

Thomas M. Herlihy, Esq. (SBN 83615)
John T. Burnite, Esq. SBN 162223)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants UNUM GROUP
(formerly known as UnumProvident Corporation), and
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN S. MAY, M.D. | Case No. C09-01537 JSW (ADR) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| UNUMPROVIDENT CORPORATION, UNUM GROUP, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, inclusive, | |
| Defendants. | Trial Date: July 30, 2012<br>The Honorable Jeffrey S. White |

It is hereby stipulated by and between the parties to this action, Plaintiff SEAN S. MAY, M.D., and Defendants UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY through their attorneys of record Knox Ricksen LLP on behalf of plaintiff Sean S. May, M.D., and Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of Defendants UNUM GROUP (formerly known

as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, that the above captioned action has settled, with the parties to bear their own respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

Dated: February 23, 2012

**KNOX RICKSEN LLP**

By: _____
Thomas E. Fraysse
Reid M. Miller
Attorneys for Plaintiff
SEAN S. MAY, M.D.

Dated: February 24, 2012

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
John T. Burnite
Attorneys for Defendants
UNUM GROUP (formerly known as UnumProvident Corporation), and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

# ORDER

Good cause appearing, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

IT IS SO ORDERED.

Date: February __28__, 2012

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE